# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUNE WOOLVERTON JOHNSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO.　CV 11-06406 R (JCx)<br><br>**JUDGMENT FOR DEFENDANT WAL-MART STORES, INC. DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br><br>Judge:　　　　Hon. Manuel L. Real<br>Action Filed:　June 29, 2011 |

On January 3, 2012, the Court issued an Order granting in whole the motion to dismiss filed by Defendant Wal-Mart Stores, Inc. ("Wal-Mart") (Dkt. No. 38). For the reasons set forth in that Order and on the record, the First Amended Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered for Wal-Mart and against Plaintiff June Woolverton Johnson.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and that Wal-Mart shall recover from Plaintiff fees and costs in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 *et seq*.

**IT IS SO ORDERED.**

Dated: JAN. 10, 2012  _____

Hon. Manuel L. Real
United States District Judge